* Although the official caption lists plaintiff as George L. Blue, a review of the pleadings shows that plaintiff's name is Gregory L. Blue.

**Gregory L. BLUE,\* Plaintiff–Appellant,**

v.

**CABLEVISION SYSTEMS,**
**Defendant–Appellee.**

**Docket No. 03–7429.**

United States Court of Appeals,
Second Circuit.

Nov. 20, 2003.

Gregory L. Blue, Hempstead, NY, for Plaintiff–Appellant, pro se.

James P. Cullen, Cozen & O'Connor, Philadelphia, PA, Marc S. Wenger, Jackson & Lewis, Woodbury, NY, for Defendant–Appellee.

Present: MCLAUGHLIN, KATZMANN, Circuit Judges and

SCHEINDLIN,** District Judge.

## SUMMARY ORDER

The issues on appeal are whether this Court should affirm the district court's grant of summary judgment and dismissal of Gregory Blue's *pro se* complaint against Cablevision, in which he alleged: (1) race and gender employment discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*; (2) age discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*; and (3) state law claims for wrongful discharge and breach of contract.

This Court reviews the district court's grant of summary judgment *de novo*, construing the evidence in the light most favorable to the non-moving party. *See Tenenbaum v. Williams*, 193 F.3d 581, 593 (2d Cir.1999).

For the reasons stated by the district court, we affirm the district court's grant of summary judgment and deny Mr. Blue's pending motion to dismiss the judgment and to set a trial date.

The judgment of the district court is **AFFIRMED.**

---

** The Honorable Shira A. Scheindlin, of the United States District Court for the Southern District of New York, sitting by designation.

